**George M. Reiber**
**Chapter 13 Trustee**
**3136 Winton Road South**
**Rochester NY 14623**
**(585) 427-7225**

August 23, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:    Ronald J & Denise R Majchrzak; BK 07-22786

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $1132.00. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Commonwealth Financial Systems/NCC | $1132.00 | Claims Register # 15 |

/s/_____
                George M. Reiber, Trustee

